AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent To Distribute Crack Cocaine; 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 924(c)(1)(A) – Using, Carrying, and Possessing a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Crime

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT TO PENALTY SHEET

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ STEVEN DAY, a/k/a Steven Lamont Day

DISTRICT COURT NUMBER
CR08-0247 SBA

FILED
APR 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

ALCOHOL, TOBACCO, FIREARM AND EXPLOSIVES

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  JAMES C. MANN, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☒ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Santa Rita Jail

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

## ATTACHMENT TO PENALTY SHEET FOR STEVEN DAY

**Count One:** 21 U.S.C. §§ 841(a)(1), (b)(1)(C) - Possession With Intent To Distribute A Schedule II Controlled Substance (Cocaine Base).

*If 851 Information alleging prior felony narcotics conviction filed:*

- (1) Imprisonment: Maximum 30 Years Imprisonment
- (2) Fine: Maximum $2,000,000
- (3) Supervised Release: Maximum Lifetime
  Mandatory Minimum 6-Year Term
- (4) Special Assessment: $100.00

*If 851 Information alleging prior felony narcotics conviction not filed:*

- (1) Imprisonment: Maximum 20 Years Imprisonment
- (2) Fine: Maximum $1,000,000
- (3) Supervised Release: Maximum Lifetime
  Mandatory Minimum 3-Year Term.
- (4) Special Assessment: $100.00

**Count Two:** 18 U.S.C. § 922(g)(1) – Felon In Possession Of A Firearm.

- (1) Imprisonment: Maximum 10 Years.
- (2) Fine: $250,000
- (3) Supervised release: Maximum 3-Year Term
- (4) Special assessment: $100.00

**Count Three:** 18 U.S.C. § 924(c)(1)(A) – Possession Of Firearms In Furtherance of Drug Trafficking Crimes.

- (1) Imprisonment: Maximum Life Imprisonment
  Mandatory Minimum 5 Years Imprisonment
  Consecutive To Any Other Term Of Imprisonment
- (2) Fine: $250,000
- (3) Supervised Release: Maximum 5-Year Term
- (4) Special Assessment. $100.00

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

**CR08-0247 SBA**

STEVEN DAY,
a/k/a Steven Lamont Day,

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent
To Distribute Crack Cocaine; 18 U.S.C. § 922(g)(1) – Felon in
Possession of a Firearm; 18 U.S.C. § 924(c)(1)(A) – Using, Carrying,
and Possessing a Firearm During, in Relation to, and in Furtherance
of a Drug Trafficking Crime

---

A true bill.

_____ Foreman
                Deputy

Filed in open court this __16__ day of April
__2008__.

_____ Clerk

Bail, $ No bail arrest warrant

Wayne D. Brazil  4-16-08

FILED
2008 APR 16 PM 4:36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

a

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

FILED

2008 APR 16 PM 4: 36

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN DAY,<br>    a/k/a Steven Lamont Day,<br><br>    Defendant. | No. CR08-0247 SBA<br><br>VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent To Distribute Crack Cocaine; 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 924(c)(1)(A) – Using, Carrying, and Possessing a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Crime<br><br>OAKLAND VENUE |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent To Distribute Crack Cocaine)

On or about February 21, 2008, in the Northern District of California, the defendant,

STEVEN DAY,
a/k/a Steven Lamont Day,

knowingly and intentionally possessed with intent to distribute a Schedule II controlled substance, namely, approximately 1 gram of a mixture and substance containing a detectable

INDICTMENT

amount of cocaine base in the form of "crack," in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT TWO:      (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

On or about February 21, 2008, in the Northern District of California, the defendant,

STEVEN DAY,
a/k/a Steven Lamont Day,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess firearms and ammunition, described as: (1) a Remington Model 870, 12-gauge shotgun, with serial number X274337M; (2) a RG Model RG40, .38 caliber revolver, with serial number R068994; (3) six live rounds of .38 caliber ammunition manufactured by Fiochi; and (4) twenty live rounds of 7.62mm ammunition manufactured by Ordinance Factory, Varangaon, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THREE:   (18 U.S.C. § 924(c)(1)(A) – Using, Carrying, and Possessing a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Crime)

On or about February 21, 2008, in the Northern District of California, the defendant,

STEVEN DAY,
a/k/a Steven Lamont Day,

did knowingly use and carry a firearm during and in relation to the drug trafficking crime alleged in Count One herein, which crime may be prosecuted in a court of the United States, and, in

////
////
////
////
////
////
////
////

INDICTMENT

1  furtherance of that crime, did knowingly possess that firearm, in violation of Title 18, United
2  States Code, Section 924(c)(1)(A).
3
4  DATED:      April 16, 2008                    A TRUE BILL.
5
6                                         Deputy  *Laurie K* / FOREPERSON
7  JOSEPH P. RUSSONIELLO
   United States Attorney
8
9
10 W. DOUGLAS SPRAGUE
   Chief, Oakland Branch
11
12 (Approved as to form: _____ )
                          AUSA J.C. MANN
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT