1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
6     1301 Clay Street, Suite 340-S
      Oakland, California 94612
7     Telephone: (510) 637-3705
      Facsimile: (510) 637-3724
      E-Mail:    James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13  UNITED STATES OF AMERICA,           )   No. CR-08-0247 SBA
                                         )
14         Plaintiff,                    )   PETITION FOR AND WRIT OF HABEAS
                                         )   CORPUS AD PROSEQUENDUM
15      v.                               )
                                         )
16  STEVEN DAY,                          )
       a/k/a Steven Lamont Day,          )
17                                       )
                                         )
18         Defendant.                    )
                                         )
19
       TO:    The Honorable Bernard Zimmerman, United States Magistrate Judge of the
20
              United States District Court for the Northern District of California:
21
22     Assistant United States Attorney James C. Mann respectfully requests that this Court

23  issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, STEVEN DAY

24  (a/k/a Steven Lamont Day), whose place of custody and jailor are set forth in the requested Writ,

25

26

27

28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0247 SBA

1 | attached hereto. The prisoner is required as the defendant in the above-entitled matter in this
2 | Court, and therefore petitioner prays that this Court issue the Writ as presented.

Dated: June 6, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

JAMES C. MANN
Assistant United States Attorney

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0247 SBA

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-08-0247 SBA |
| --- | --- |
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| STEVEN DAY, a/k/a Steven Lamont Day, | ) |
| Defendant. | ) |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant STEVEN DAY (a/k/a Steven Lamont Day) before the Hon. Saundra Brown Armstrong, United States District Court Judge, at 9:00 a.m. on Tuesday, June 17, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED:_____

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0247 SBA

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies:

GREETINGS

WE COMMAND that on Tuesday, June 17, 2008, at 9:00 a.m., or as soon thereafter as practicable, you have and produce the body of STEVEN DAY (a/k/a Steven Lamont Day) (PFN BER705), in your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Saundra Brown Armstrong, United States District Court Judge, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that STEVEN DAY may then appear for a status hearing or trial setting in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Bernard Zimmerman, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: _____, 2008

                                     CLERK, UNITED STATES DISTRICT COURT
                                     NORTHERN DISTRICT OF CALIFORNIA

                   By: _____
                          DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR-08-0247 SBA