JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:   (510) 637-3724
   E-Mail:      James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0247 SBA |
| Plaintiff, | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| STEVEN DAY,<br>   a/k/a Steven Lamont Day, | |
| Defendant. | |

TO:    The Honorable Bernard Zimmerman, United States Magistrate Judge of the

United States District Court for the Northern District of California:

Assistant United States Attorney James C. Mann respectfully requests that this Court

issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, STEVEN DAY

(a/k/a Steven Lamont Day), whose place of custody and jailor are set forth in the requested Writ,

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0247 SBA

1 attached hereto. The prisoner is required as the defendant in the above-entitled matter in this
2 Court, and therefore petitioner prays that this Court issue the Writ as presented.
3
4 Dated: June 21, 2008                    Respectfully submitted,
5                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
6
7
                                           _____/s/_____
8                                          JAMES C. MANN
                                           Assistant United States Attorney
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0247 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0247 SBA |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | ) | |
| STEVEN DAY, a/k/a Steven Lamont Day, | ) | |
| Defendant. | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant STEVEN DAY (a/k/a Steven Lamont Day) before the Hon. Saundra Brown Armstrong, United States District Court Judge, at 9:00 a.m. on Tuesday, July 8, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: June 23, 2008

_____
HON. NANDOR VADAS
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0247 SBA

<u>THE PRESIDENT OF THE UNITED STATES OF AMERICA</u>

TO:   FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies:

<u>GREETINGS</u>

WE COMMAND that on Tuesday, July 8, 2008, at 9:00 a.m., or as soon thereafter as practicable, you have and produce the body of STEVEN DAY (a/k/a Steven Lamont Day) (PFN BER705), in your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Saundra Brown Armstrong, United States District Court Judge, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that STEVEN DAY may then appear for a status hearing or trial setting in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Bernard Zimmerman, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: __June 23,_____, 2008

                                      CLERK, UNITED STATES DISTRICT COURT
                                      NORTHERN DISTRICT OF CALIFORNIA

                By:   *Rose Maher*
                      DEPUTY CLERK, Rose Maher

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0247 SBA