**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 7/8/08

CR 08-00247SBA                        JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

DAY                                                Present (X) Not Present ( ) In Custody (X)
    DEFENDANT(S)

<u>JAMES MANN</u>                                 <u>JEROME MATTHEWS</u>
U.S. ATTORNEY                                  ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark                    <u>IRENE RODRIQUEZ</u>
                                                       Court Reporter

Interpreter                                    Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** <u>STATUS - HELD</u>

**RESULT OF HEARING:** <u>COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 9/2/08</u>

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to <u>9/2/08</u> for <u>Further Status/Trial Setting/ Motion Setting</u>/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: