```
 1
 2
 3                          UNITED STATES DISTRICT COURT
 4                         NORTHERN DISTRICT OF CALIFORNIA
 5                                   OAKLAND DIVISION
 6   UNITED STATES OF AMERICA,        )    No. CR-08-0247 SBA
                                      )
 7        Plaintiff,                  )
                                      )    ORDER GRANTING
 8     v.                             )    PETITION FOR AND WRIT OF HABEAS
                                      )    CORPUS AD PROSEQUENDUM
 9   STEVEN DAY,                      )
        a/k/a Steven Lamont Day,      )
10                                    )
                                      )
11        Defendant.                  )
                                      )
12   _____)
```

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant STEVEN DAY (a/k/a Steven Lamont Day) before the Hon. Saundra Brown Armstrong, United States District Court Judge, at 9:00 a.m. on Tuesday, September 2, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: July 15, 2008

_____
HON. MARIA ELENA JAMES
United States Magistrate Judge

1  THE PRESIDENT OF THE UNITED STATES OF AMERICA

2  TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized
3  deputies:

4  GREETINGS

5  WE COMMAND that on Tuesday, September 2, 2008, at 9:00 a.m., or as soon thereafter as
6  practicable, you have and produce the body of STEVEN DAY (a/k/a Steven Lamont Day) (PFN
7  BER705), in your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody,
8  before the United States District Court in and for the Northern District of California, in the
9  Courtroom of the Hon. Saundra Brown Armstrong, United States District Court Judge, 1301
10 Clay Street, Oakland, California 94612 on the third floor, in order that STEVEN DAY may then
11 appear for a status hearing or trial setting in the above-entitled Court, and that immediately after
12 said hearing to return him forthwith to said above-mentioned institution or abide by such order of
13 the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and
14 further to produce said prisoner at all times necessary until the termination of the proceedings in
15 this Court;

16 IT IS FURTHER ORDERED that should the local or state custodian release from its custody
17 the above-named person, he be immediately delivered and remanded to the United States
18 Marshal and/or his authorized deputies under this Writ.

19 WITNESS the Hon. Maria-Elena James, United States Magistrate Judge, United States
20 District Court for the Northern District of California.

21 DATED: 7/16, 2008

22 CLERK, UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
23
24 By: _____
25     DEPUTY CLERK
26
27
28

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR-08-0247 SBA