**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

**Date:9/2/08**

**CR 08-00247SBA**                              **JUDGE: SAUNDRA BROWN ARMSTRONG**

**DAY**                              **Present (x) Not Present ( ) In Custody (x)**
            **DEFENDANT(S)**

  **JAMES MANN**                              **JEROME MATTHEWS**
**U.S. ATTORNEY**                         **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:  Lisa R. Clark**              **RAYNEE MERCADO**
                                           **Court Reporter**

 **Interpreter**                              **Probation Officer**
                                    **PROCEEDINGS**

**REASON FOR HEARING:        STATUS - HELD**

**RESULT OF HEARING:        COURT FINDS EXCLUDABLE TIME DUE TO ADEQUATE PREPARATION OF COUNSEL UNTIL 9/16/08**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to  9/16/08            for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____Motions in limine/objections to evidence due _____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**