JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3705
   Facsimile: (510) 637-3724
   E-Mail: James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN DAY, <br>    a/k/a Steven Lamont Day, <br><br> Defendant. | No. CR-08-0247 SBA <br><br> PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO:   The Honorable Elizabeth D. Laporte, United States Magistrate Judge of the United States District Court for the Northern District of California:

Assistant United States Attorney James C. Mann respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, STEVEN DAY (a/k/a Steven Lamont Day), whose place of custody and jailor are set forth in the requested Writ,

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0247 SBA

1 | attached hereto. The prisoner is required as the defendant in the above-entitled matter in this
2 | Court, and therefore petitioner prays that this Court issue the Writ as presented.
3 |
4 | Dated: September 2, 2008            Respectfully submitted,
5 |                                     JOSEPH P. RUSSONIELLO
                                        United States Attorney
6 |
7 |
8 |                                     _____
                                        JAMES C. MANN
9 |                                     Assistant United States Attorney

PETITION AND [~~PROPOSED~~] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0247 SBA

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10                                OAKLAND DIVISION
11  | UNITED STATES OF AMERICA,        )   No. CR-08-0247 SBA
12  |        Plaintiff,                )
                                        )
13  |    v.                            )   [~~PROPOSED~~] ORDER GRANTING
                                        )   PETITION FOR AND WRIT OF HABEAS
14  | STEVEN DAY,                      )   CORPUS AD PROSEQUENDUM
    |    a/k/a Steven Lamont Day,      )
15  |                                  )
                                        )
16  |        Defendant.                )
                                        )
17                                      )
                                        )
18  |_____

19      Upon motion of the United States of America, and good cause appearing therefore,
20      IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of
21  Habeas Corpus Ad Prosequendum requiring the production of defendant STEVEN DAY (a/k/a
22  Steven Lamont Day) before the Hon. Saundra Brown Armstrong, United States District Court
23  Judge, at 9:00 a.m. on Tuesday, September 16, 2008 or as soon thereafter as may be practicable,
24  is granted, and the Writ shall be issued as presented.
25
26  DATED:  September 5, 2008
27                                             HON. ELIZABETH D. LAPORTE
                                               United States Magistrate Judge
28                                             *IT IS SO ORDERED*
                                               *Elizabeth D. Laporte*
                                               Judge Elizabeth D. Laporte

PETITION AND [~~PROPOSED~~] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0247 SBA

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies:

GREETINGS

WE COMMAND that on Tuesday, September 16, 2008, at 9:00 a.m., or as soon thereafter as practicable, you have and produce the body of STEVEN DAY (a/k/a Steven Lamont Day) (PFN BER705), in your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Saundra Brown Armstrong, United States District Court Judge, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that STEVEN DAY may then appear for a status hearing or trial setting in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Elizabeth D. Laporte, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: September 5, 2008

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR-08-0247 SBA