UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVEN DAY,<br>    a/k/a Steven Lamont Day,<br><br>    Defendant. | No. CR-08-0247 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON DECEMBER 2, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    September 16, 2008<br>Time:   9:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong |

The parties jointly requested that status hearing in this matter be vacated and that this matter be set for change of plea and sentencing on December 2, 2008 at 11:00 a.m.  The parties further requested that time be excluded under the Speedy Trial Act between September 15, 2008 and December 2, 2008 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(I),

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on December 2, 2008 at 11:00 a.m., and that time between September 15, 2008 and December 2, 2008 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. §

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON DECEMBER 2, 2008 & TO EXCLUDE TIME
No. CR-08-0247 SBA

3161(h)(1)(I), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report.

DATED: 9/15/08

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON DECEMBER 2, 2008 & TO EXCLUDE TIME
No. CR-08-0247 SBA