STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:   (510) 637-3507

Counsel for Defendant STEVEN LAMONT DAY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08 00247 SBA[KAW] |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) | |
| STEVEN LAMONT DAY, | ) ) ) | |
| Defendant. | ) ) | |

This matter is set for a status conference on 31 August 2016.  The parties are negotiating a resolution of the underlying Form 12 which contemplates a modification of the terms of Mr Day's supervised release.  The probation officer needs additional time to seek management approval of the proposed modification prior to filing it with the district court.

For these reasons, IT IS STIPULATED AND AGREED that this matter be continued to 19 September 2016.

//

//

//

-1-
STIPULATION AND PROPOSED ORDER CONTINUING STATUS
CONFERENCE
U.S. v. DAY, CR-08-00247 SBA

//

Dated: 30 August 2016                                   /s/
                                                  GARTH HIRE
                                                  Assistant United States Attorney


Dated: 30 August 2016                                   /s/
                                                  JEROME E. MATTHEWS
                                                  Assistant Federal Public Defender


Dated: 30 August 2016                                   /s/
                                                  MICHAEL McFARLAND
                                                  U.S. Probation Officer


   Good cause appearing therefor, IT IS ORDERED that this matter be continued to 19 September 2016.


August  30 , 2016                          /s/ Kandis Westmore
                                                  KANDIS A. WESTMORE
                                                  United States Magistrate Judge

-2-
STIPULATION AND PROPOSED ORDER CONTINUING STATUS
CONFERENCE
U.S. V. DAY, CR-08-00247 SBA